UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LISA M. DAVENPORT,
    Plaintiff

v.

RAY MABUS, Secretary of the
Department of the Navy,
    Defendant

CIVIL NO. 1:16-CV-494

(Judge Caldwell)

## *O R D E R*

AND NOW, this 14th day of November, 2017, it is ordered that:

1. Plaintiff's motion (Doc. 23) to sever is granted.

2. The parties shall litigate Count I before litigating Count II.

3. Within thirty (30) days of the date of this order, Plaintiff shall file the administrative record, accompanied by a supporting brief on Count I.

4. Within twenty-one (21) days of receipt of Plaintiff's brief, Defendant may file an opposition brief.

5. Within fourteen (14) days of receipt of Defendant's brief, Plaintiff may file a reply brief.

                                          <u>/s/William W. Caldwell</u>
                                          William W. Caldwell
                                          United States District Judge