## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA M. DAVENPORT,** | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 1:16-0494 |
| | : | |
| v. | : | |
| | : | (JUDGE MANNION) |
| **RICHARD SPENCER, SECRETARY of the DEPT. of the NAVY,** | : | |
| | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued by the court this same day,

**IT IS HEREBY ORDERED THAT:**

**(1)** the MSPB's Final Decision sustaining the plaintiff's removal from her position with the Navy due to her inability to perform her job and denying the plaintiff's affirmative defense of failure to accommodate is **AFFIRMED**; and

**(2)** **JUDGMENT** is entered in favor of the defendant and against the plaintiff with respect to Count I of the plaintiff's amended complaint.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 8, 2019**

16-0494-02-ORDER.wpd