# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA M. DAVENPORT,** | : |
| **Plaintiff** | : CIVIL ACTION NO. 1:16-0494 |
| v. | : |
| | : (JUDGE MANNION) |
| **RICHARD SPENCER, SECRETARY of the DEPT. of the NAVY,** | : |
| **Defendant** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for reconsideration, **(Doc. 49)**, of the court's May 8, 2019 Memorandum and Order, (Docs. 42 & 43), affirming the MSPB's Final Decision and granting the defendant Secretary of the Department of the Navy judgment with respect to Count I of plaintiff's amended complaint, (Doc. 11), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 11, 2019**
16-0494-03-ORDER.wpd