# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA M. DAVENPORT,** : | |
| : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 1:16-0494** |
| : | |
| v. : | |
| : | **(JUDGE MANNION)** |
| **RICHARD SPENCER, SECRETARY** | |
| **of the DEPT. of the NAVY,** : | |
| : | |
| **Defendant** : | |

# O R D E R

In accordance with the Memorandum issued by the court this same day,

**IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for leave of court to file a second amended complaint, **(Doc. 57)**, is **GRANTED IN PART** and, **DENIED IN PART**.

**(2)** The motion is **GRANTED** only to the extent that plaintiff is allowed to file a SAC that includes her disability discrimination claim under the RA and her Title VII gender discrimination claim.

**(3)** The motion is **DENIED** to the extent that plaintiff seeks to include her claim appealing the MSPB's Final Decision since **JUDGMENT** has been entered in favor of the defendant and against the plaintiff with respect to this claim.

**(4)** The plaintiff is directed to file her SAC **without** her claim appealing the MSPB's Final Decision, as specified in this Order, **on or before November 15, 2019**.

**(5)** The defendant is directed to file his answer to plaintiff's SAC **within 14 days** of the date that he is served with it.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 4, 2019**
16-0494-04-ORDER.wpd